**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | |
|---|---|
| BENJAMIN RAY SOLES,             )<br>     Plaintiff,                              )<br>                                              )<br>v.                                          )<br>                                              )<br>CAROLYN W. COLVIN,             )<br>Acting Commissioner,              )<br>Social Security Administration, )<br>     Defendant.                          ) | **Case No. 4:13-CV-00078 JTK** |

## FINAL JUDGMENT

Pursuant to the Order of Dismissal entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's case is DISMISSED WITHOUT PREJUDICE.

SO ORDERED this 12th day of March, 2014.

_____
United States Magistrate Judge